UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2014 APR 24 A 11: 29

BRUCE CASTINO                           CIVIL ACTION

V                                       NO.3:13-cv-30115-MAP

LIGNUM VITEA INC.

## MOTION TO REOPEN

NOW COMES : The Plaintiff and asks the Court to reopen Plaintiffs complaint.
The Plaintiff claims that the Defendant has intentionally avoided service and summons by maintaining old and false address .The Defendant corporation has no physical address and refuses to accept summons even though the Defendant was located and told of the United States Marshals were trying to contact him and the defendant was repeatedly given a copy of summons and service.Instead of accepting service the Defendant becomes violent and runs off. Service was attempted on Febuary 14 and 17 of 2014  On March 2 and 24 of 2014.The Defendant refused service and quickly leaves the area, The Defendant is known to be in Marthas Vinard Massachusetts and Canaan Conecticut.The Defendants addresses in Vermont are false.

## HISTORY

Evidence in this Action shows disrespect to the Court and Damage to the Plaintiff by the Defendant .
The Defendant was reprimanded by the Superior Court. The photographs show that the Defendant lied repeatedly to the Court.
The defendant by breaking Judges Orders to Comply with Building Inspector caused two dangerous events.
1 The Defendant placed  a pedestrian in danger.
2 The Defendant Smashed his truck into the house and gave false Insurance.
The Fire Chief Ordered the Defendant To Stop The Defendant had No contractors license and no mandatory insurance.
The Plaintiff suffers damages from the Defendant smashing the house with

*Handwritten margin note:* Allowed, on condition that Plaintiff file proof of service no later than June 30, 2014. So ordered. /s/ Michael A. Ponsor USDJ 4.28.14

(16)